08-3850-cr
USA v. Henriquez-Alvarado

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO SUMMARY ORDERS FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. IN A BRIEF OR OTHER PAPER IN WHICH A LITIGANT CITES A SUMMARY ORDER, IN EACH PARAGRAPH IN WHICH A CITATION APPEARS, AT LEAST ONE CITATION MUST EITHER BE TO THE FEDERAL APPENDIX OR BE ACCOMPANIED BY THE NOTATION: "(SUMMARY ORDER)." A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF THAT SUMMARY ORDER TOGETHER WITH THE PAPER IN WHICH THE SUMMARY ORDER IS CITED ON ANY PARTY NOT REPRESENTED BY COUNSEL UNLESS THE SUMMARY ORDER IS AVAILABLE IN AN ELECTRONIC DATABASE WHICH IS PUBLICLY ACCESSIBLE WITHOUT PAYMENT OF FEE (SUCH AS THE DATABASE AVAILABLE AT HTTP://WWW.CA2.USCOURTS.GOV/). IF NO COPY IS SERVED BY REASON OF THE AVAILABILITY OF THE ORDER ON SUCH A DATABASE, THE CITATION MUST INCLUDE REFERENCE TO THAT DATABASE AND THE DOCKET NUMBER OF THE CASE IN WHICH THE ORDER WAS ENTERED.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11ᵗʰ day of December, two thousand and nine.

Present:
     PIERRE N. LEVAL,
     BARRINGTON D. PARKER, JR.,
     RICHARD C. WESLEY,
                    *Circuit Judges.*

_____

UNITED STATES OF AMERICA,

               *Appellee,*

     - v. -                              No. 08-3850-cr

JOSE HENRIQUEZ-ALVARADO, ALSO KNOWN AS ANGEL L. ACEVEDO-PEREZ,

               *Defendant-Appellant.*

_____

*For* Defendant-Appellant:     DAVID A. LEWIS, Federal
                               Defenders of New York, Inc.,

Appeals Bureau, New York, N.Y.

*For* Appellee: NICOLE W. FRIEDLANDER (Katherine Polk Failla, *of counsel*), *for* Preet Bharara, United States Attorney for the Southern District of New York, New York, N.Y.

_____

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the order of the district court be **AFFIRMED**.

Defendant-Appellant Jose Henriquez-Alvarado was convicted in the United States District Court for the Southern District of New York (Marrero, *J.*), upon a guilty plea, of one count of illegal reentry into the United States after a previous conviction of an aggravated felony in violation of 8 U.S.C. § 1326(a) and (b)(2). He was sentenced to 30 months of incarceration and three years of supervised release and required to pay a $100 special assessment.

It was not clearly erroneous for the district court to determine that Defendant-Appellant did not, contrary to his contention, return to the United States in order to gain lawful employment so as to be able to provide medication for his ailing parents and brother. *See United States v. Garcia*, 413 F.3d 201, 221-22 (2d Cir. 2005). As the district court noted, this contention was belied by

2

Defendant-Appellant's subsequent possession of drugs and involvement with another individual in possession of drugs. Even if there were clear error in this finding, the district court indicated that any such error had no impact on the sentence because Defendant-Appellant's narcotics-related arrests after reentry undermined his related request for leniency. *See, e.g.*, *United States v. Dos Reis*, 369 F.3d 143, 151 (2d Cir. 2004).

Accordingly, the order of the district court is hereby **AFFIRMED**.

For the Court

Catherine O'Hagan Wolfe, Clerk


By: _____